# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: APPLICATION OF THE HUMANE : No. 470 MAL 2014
SOCIETY OF THE HARRISBURG AREA, :
INC. FOR APPOINTMENT OF HUMANE :
SOCIETY POLICE OFFICER : Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
PETITION OF: ERIC WINTER :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.